# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Farideh Heidarpour,<br><br>　　　　Defendant. | No. MC-17-00012-PHX-DJH<br><br>**ORDER** |

  A Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on March 24, 2017, stating that at the time of the service of the Writ it had in its possession non-exempt property belonging to and due the Defendant and that the Garnishee was indebted to the Defendant.

  On March 21, 2017, the United States notified the Defendant of her right to a hearing. On March 20, 2017, a Notice of Appearance and Objection to Garnishee Wilenchik & Barness' Answer to Clerk's Notice Garnishment was filed and a hearing requested. On July 24, 2017, a hearing was held before David K. Duncan, United States Magistrate Judge. At the hearing, the Defendant withdrew her objection to the garnishment. On July 24, 2017, Judge Duncan filed a Report and Recommendation recommending the Court allow the garnishment in the amount of $2137.39 from the Garnishee Wilenchik & Bartness.

| | |
|---|---|
| 1 | **IT IS ORDERED** adopting the Report and Recommendation (Doc. 19). |
| 2 | **IT IS FURTHER ORDERED** that the Garnishee pay the sum of $2,137.39 to the |
| 3 | Plaintiff. The check should be made payable to: Clerk of Court, Clerk's Office, U.S. |
| 4 | District Court, Sandra Day O'Connor Courthouse, 401 W. Washington St., Suite 130, |
| 5 | Attn: Finance Division, SPC-1, Phoenix, AZ 85003-2118. The check should include the |
| 6 | Defendant's name and Court number CR 14-50147-PHX. |
| 7 | **Dated** this 31st day of July, 2017. |

*[signature]*

Honorable Diane J. Humetewa
United States District Judge